IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT SHAROND DANIELS, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 2:12cv1015-WHA |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

**ORDER AND OPINION**

On January 8, 2015, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 12). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, the 28 U.S.C. § 2255 motion is DENIED because it was not filed within the one-year limitation period in 28 U.S.C. § 2255(f), and this case is DISMISSED with prejudice.

Done this the 3rd day of February, 2015.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE